IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF Ms
Southern DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*



SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
AUG -3 2018
ARTHUR JOHNSTON
BY_____ DEPUTY

Timothy, Maurice, Selmon

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Mississippi Department of Corrections, Parole Board, CMCF Correctional Fac.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. 3:18-cv-515-TSL-RHW
*(to be filled in by the Clerk's Office)*

Jury Trial:     ☐ Yes     ☐ No
*(check one)*

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _Timothy, Maurice, Selmon_

All other names by which you have been known:

ID Number _#105010_
Current Institution _CMCF Correctional Fac._
Address _CMCF. Section 4, G zone, cell 109_
_pearl, ms 39288_

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
  Name _Central, Ms Correctional Fac._
  Job or Title _prison, of MDOC, Supertendant_
  (if known)
  Shield Number _U/A_
  Employer _Superintendent - Ron, King_
  Address _pearl, ms 39288_

  [X N/A] ☑ Individual capacity   ☑ Official capacity

Defendant No. 2
  Name _MDOC parole board_

2

Job or Title (if known) _Parole Board_

Shield Number _U/A_

Employer _US Parole Staff_

Address _Jackson, MS_
_North, State Guide Tous_

☑ Individual capacity   ☑ Official capacity

Defendant No. 3

Name _____

Job or Title (if known) _____

Shield Number _____

Employer _____

Address _____

☐ Individual capacity   ☐ Official capacity

Defendant No. 4

Name _____

Job or Title (if known) _____

Shield Number _____

Employer _____

Address _____

☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

① Due process of the (house bill 387)-585 house bill for parole revocation in hearing.
② State laws (Cruel in unusual punishment)

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____
_____
_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_____
_____
_____

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

4

☑ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Other (explain) parole 1st violation without new charge.

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

I was In Austin, Texas for 27 days waiting extradition to Ms, without A revocation hearing by video, or Any kind.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

After being In Texas, 27 days I arrived here at (CMCF) July-3-18. I was housed In R/C been here now (15) days without hearing. Also I was housed was In (section) R/C In a cell with 2 3 people which they only house 2 Inmates. sleeping on floor.

C. What date and approximate time did the events giving rise to your claim(s) occur?

Sleeping on floor (July-9-18 - July-18-18) On the 3rd of July which limitation of Due process expried under (house bill 387) In I was not released from detention. I was also sleeping In a cell with 2 other people laying on the floor, with no outside of cell time.

D. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

Sleeping on floor July-3-18 In R/C L-zone cell 20. Under (house bill 387) if 21 days over due In a parolee hasn't been to a hearing, he shall be released, But if 30 days over due charge of Revocation shall be dismissed. CMCF would'nt allow case Manager to see me, and MDOC did not hold me a hearing within 30 days.

around 3-4 pm) I would like that Auto 20

on July-3-18 I was placed in 1-zone cell 20 R/c sleeping on floor, no Mattress or anything.

July-9-18 - Section 4 R/c cell 411 I was housed with two other inmates in a 2 man cell with no outside cell Time (sleeping on the floor.

### V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

My leg which is damage from a gunshot wound in (2007) is badly hurt In pain, the Medical staff has not seen me for my issue yet.

My Mental state is off-set due to not being able to care for my Two Month old child, birth of an unborn child, in I feel like My life is not my own.

### VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

*Punitive Damages.*

I request $50,000 for the pain I suffer to My Body in will suffer Maybe in the future for sleeping on the floor without a Mattress.
In the time I miss in the Free-world without My family, because of no Revocation Release, which Cause Mental stress. I request $50,000, unlawful Incarceration
In lost wages, from my business.

### VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

6

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

① Austin, Texas Del-vally Jail / ② CMCF correctional Fa

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

Cause I don't have any Response.

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ ~~Yes~~ (Yes)
☑ ~~No~~

E. If you did file a grievance:

1. Where did you file the grievance?

   CMCF correctional FAC,
   Austin, Texas Del-VAlly Jail,

2. What did you claim in your grievance?

   I was sleeping on Floor - IN CMCF
   that I have not been do a parole
   revocation hearing, It's been over
   30 days, IN Austin, Texas

3. What was the result, if any?

   — NONE —

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   they sent it back as
   Not IN emergency. when
   it was ~~days~~ days of my life was
   being wasted, so it did Involve
   my safety of Body harm cause
   I was sleeping upon the Floor

8

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   _____
   _____
   _____
   _____

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   _____
   _____
   _____
   _____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   I have filed at this prison for Inmate Abuse, they where Beating me, In not allowing me Mail access, In 2016.

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

_____

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3.  Docket or index number

    _____

4.  Name of Judge assigned to your case

    _____

5.  Approximate date of filing lawsuit

    _____

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____
_____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _Timothy Sylone_
   Defendant(s) _CMCF. U/A_

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _U/A_
   _____

*I dont have paperwork Is is unclear/or about court Time & Dates of this Point*

3. Docket or index number

   _U/A_

4. Name of Judge assigned to your case

   _U/A_

5. Approximate date of filing lawsuit

   _U/A_

6. Is the case still pending?

   ☐ Yes

   ☑ No

11

If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_Released from prison, unable to complete sections for court._

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____, 20 18.

Signature of Plaintiff   _Timothy Selmon_
Printed Name of Plaintiff   _Timothy Selmon_
Prison Identification #   _105010_
Prison Address   _CMCF, section 4, zone cell 109_
   _Pearl_   _MS_   _39288_
   City   State   Zip Code

### B. For Attorneys

Date of signing: _____, 20 __.

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____