Judge me in Hubert H. Walker

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 23 2018
ARTHUR JOHNSTON
BY_____ DEPUTY

## Affidavit

Greeting Honorable Judge: I acknowledge the requirement of me sent by your court to file in affidavit concerning why my Certificate has not been sent to your court. I'm being targeted by staff at (CMCF) because of the law suit I file two years ago when five guards beat me in handcuffs in was running in my cell violating policy assaulting me. I went home on parole in did good. But I open up two business in Austin, Texas, cutting tree's and Grass. But I did not allow my parole officer to know that My truck broke down in Texas, which cause me to return to Ms, in Due Time. I was sent by, TDJ, Back to CMCF, I was sent to a cell sleeping on the hard floor not given a Mattress. Then I've Been suffering by the hands of the same staff who beat Me years ago. When I file my suit in 2016 I was transfer from CMCF because the staff was still taking my food not feeding me, in placing me outside of S.O.P. policy. I've not eat in several days, and My Mail is not being given to Me or sent to the person I'm requesting. I file in A.R.P. about My legal problems and more. And I told Case Manager. I sent in I-LAP to have My (form a paperwis) sent off 7-17-2018 in I did not receive it back yet. The Warden by named (felipot) over R/C on prison, came round on 8-6-18 – 8-7-18 to feed tray, he did not feed me Dennis but told Me: (Its not fun when the rabbit got the gun) I'm in Danger in need to be removed from this prison. As soon As possible, so that I can have My rights to legal Access in courts and out of harm way. My roommate stole my A.R.P. from under my bed in gave it to one of the staff I suited 2016 6 months ago. I swear under oath statement is true in correct.

Timothy Johnson      8-20-18

(Margin left): H 3 & still have my rights as a U.S. citizen to be protected move my rights from harm

(Margin right): I'm 3 hours away. 2 days out of harm can be removed to another prison, out of harm can have staff allow this