UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TIMOTHY MAURICE SELMON                                                           PLAINTIFF

VERSUS                                              CIVIL ACTION NO. 3:18CV515-TSL-RHW

RON KING et al                                                                   DEFENDANT

**PROPOSED FINDINGS OF FACT AND RECOMMENDATION**

Plaintiff Timothy Maurice Selmon, proceeding *pro se* and *in forma pauperis*, filed on August 3, 2018, a 42 U.S.C. § 1983 prisoner civil rights complaint. On March 13, 2019, the Court set the matter for a screening hearing to be conducted August 13, 2019 at 9:30 AM. The Court mailed a notice of hearing to Plaintiff at his address of record at the Central Mississippi Correctional Facility (CMCF). Doc. [34].

The Court convened the hearing on August 13, 2019 at 9:30 AM, as scheduled. The Court called Plaintiff's case three times in the Courtroom, but there was no response. The Courtroom Deputy called Plaintiff's name three times in the hallway outside the Courtroom entrance but received no response. The Court also telephoned the front desk at the Courthouse to inquire if Plaintiff had appeared but was informed by Court security that he had not. The Mississippi Department of Corrections (MDOC) sent an email on August 6, 2019, advising the Court that Plaintiff was paroled on May 23, 2019, and therefore no longer incarcerated at CMCF.

**RECOMMENDATION**

Based on the foregoing, the undersigned recommends that Plaintiff's 42 U.S.C. § 1983 complaint be DISMISSED without prejudice for failure to prosecute.

## NOTICE OF RIGHT TO APPEAL/OBJECT

Pursuant to 28 U.S.C. § 636(b)(1), any party who desires to object to this report must serve and file written objections within fourteen (14) days after being served with a copy unless the time period is modified by the District Court. A party filing objections must specifically identify those findings, conclusions and recommendations to which objections are being made; the District Court need not consider frivolous, conclusive or general objections. Such party shall file the objections with the Clerk of the Court and serve the objections on the District Judge and on all other parties. A party's failure to file such objections to the proposed findings, conclusions and recommendation contained in this report shall bar that party from a de novo determination by the District Court. Additionally, a party's failure to file written objections to the proposed findings, conclusions, and recommendation contained in this report within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the proposed factual findings and legal conclusions that have been accepted by the district court and for which there is no written objection. *Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1428-29 (5th Cir. 1996).

  SO ORDERED AND ADJUDGED, this the 13th day of August 2019.

              /s/ *Robert H. Walker*
              ROBERT H. WALKER
              UNITED STATES MAGISTRATE JUDGE